UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV18-10259 JAK (AGRx) | Date | March 6, 2019 |
|---|---|---|---|
| Title | United African-Asian Abilities Club, et al. v. Arrowhead Apartments Investments, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION (DKT. 10)   **JS-6**

An Order to Show Cause re Dismissal was issued on February 26, 2019, ordering Plaintiff either to: (i) respond in writing no later than March 5, 2019, as to why the matter should not be dismissed for lack of prosecution; or (ii) file an application for the entry of default as to Defendant Arrowhead Apartments Investments, LLC. There has been no response filed to the Order to Show Cause, nor has an application been filed as to the named Defendant. Therefore, the Court orders this case **DISMISSED** for lack of prosecution and failure to follow the Court's Order.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |